UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| WILLIAM KELLER and RONNIE GULLION, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 4:07-cv-129-SEB-WGH ) |
| INDIANA FAMILY AND SOCIAL SERVICES ADMINISTRATION and THE STATE OF INDIANA, | ) ) ) ) |
| Defendants, | ) ) |

**JUDGMENT**

By separate entry of this date and for all the reasons explained therein, the Court **GRANTS** Plaintiffs' Motion to Amend/Substitute Response.  Defendants' Motion to Strike Affidavit of Randy Wilkerson is **GRANTED in part**, to wit, the inadmissible portions of the affidavit are hereby stricken and have been omitted from consideration in ruling on the Defendants' motion for summary judgment.  Plaintiffs' Motion to File Surreply is **DENIED**.

The Court further concludes that Plaintiffs have failed in each of their claims, requiring their dismissal.  Defendants' Motions for Summary Judgment is **GRANTED**.

**IT IS SO ORDERED.**

**Dated:**   07/22/2009

                                               SARAH EVANS BARKER, JUDGE
                                               United States District Court
                                               Southern District of Indiana

**Electronic copies to:**

Laura Lee Bowker
OFFICE OF THE INDIANA ATTORNEY GENERAL
laura.bowker@atg.in.gov

Samuel George Hayward
ADAMS HAYWARD & WELSH
samuelghayward@hotmail.com